UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHANNON LANDGRAF,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>BMW OF NORTH AMERICA, LLC, et al.,<br><br>　　　　　　Defendant. | Case No.: 17cv1907-LAB (MDD)<br><br>**ORDER DENYING JOINT MOTION TO DISMISS** |

The parties filed a joint motion to dismiss, which consents to the undersigned judge's retention of jurisdiction to enforce the settlement "and all further action in this case." (Docket no. 34 at 2:13–14.)

The chambers standing order, ¶3(a), explains that the Court does not generally retain jurisdiction to interpret and enforce settlement agreements. The parties may stipulate to the magistrate judge's jurisdiction, provided they comply with certain requirements. *Id.* But otherwise, "[a]ny stipulation for dismissal presuming the court will retain jurisdiction will be rejected . . . ." *Id.*

/ / /

/ / /

/ / /

1      The joint motion is **DENIED**. The parties may renew their motion, provided
2 they comply with the chambers' standing order.

4      **IT IS SO ORDERED**.
5 Dated: December 6, 2018

*[signature]*
Hon. Larry Alan Burns
United States District Judge